## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

624 FREEDOM LAND TRUST,
By: A HOME OF MY OWN, LLC,
as Trustee,

        Plaintiff,

v.                                  Case No: 2:21-cv-47-FtM-SPC-MRM

THE BANK OF NEW YORK
MELLON f/k/a THE BANK OF
NEW YORK, AS TRUSTEE
FOR THE
CERTIFICATEHOLDERS
CWALT, INC., ALTERNATIVE
LOAN TRUST 2007-OA4,
MORTGAGE PASSTHROUGH
CERTIFICATES, SERIES 2007-
OA4; THE BANK OF NEW
YORK MELLON f/k/a THE
BANK OF NEW YORK, AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS
CWALT, INC., ALTERNATIVE
LOAN TRUST 2006-24,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-
24; THE BANK OF NEW YORK
MELLON f/k/a THE BANK OF
NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS
CWABS, INC., ASSET-BACK
CERTIFICATES 2004-5,

        Defendants.
_____/

## ORDER

This matter is before the Court on a *sua sponte* review of the file.  This matter will be transferred to the Honorable Nicholas P. Mizell for all further proceedings.

Accordingly, it is now

**ORDERED:**

The Clerk is **DIRECTED** to **REASSIGN** this case to U.S. District Judge Sheri Polster Chappell and U.S. Magistrate Judge Nicholas P. Mizell.

**DONE** and **ORDERED** in Fort Myers, Florida on January 26, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2